IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIRECTV, INC., | No. CV 03-05318 VRW |
| Plaintiff, | **ORDER GRANTING STIPULATION** |
| v. | |
| CESAR CAZZALLI, | |
| Defendant. | |

The STIPULATION SELECTING MEDIATION for ADR filed in the above captioned case is **GRANTED.**

**IT IS SO ORDERED**

Dated: July 6, 2005

_____
VAUGHN R WALKER, CHIEF JUDGE
UNITED STATES DISTRICT JUDGE