UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DIRECTV, INC., | ) ) | |
| Plaintiff, | ) ) | NO. C03-5318 VRW |
| v. | ) ) | **ORDER OF DISMISSAL** |
| CESAR CAZZALLI, | ) ) ) | |
| Defendant. | ) ) | |

Having advised the court that the parties have agreed to a settlement of this case; IT IS HEREBY ORDERED that this cause of action be dismissed with prejudice, provided, however, that if any party hereto shall certify to this court, within ninety days, with proof of service of a copy thereof, that the agreed consideration for said settlement has not been delivered over, the foregoing order shall stand vacated and this cause shall forthwith be restored to the calendar to be set for trial.

Dated: September 16, 2005

VAUGHN R. WALKER, Chief Judge
UNITED STATES DISTRICT COURT